UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-cv-61121-AHS**

**CODY FITZPATRICK,** *et al.*,

    Plaintiffs,

v.

**VITAL PHARMACEUTICALS, INC.,**
**d/b/a VPX Sports**,

    Defendant.
_____/

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Defendant, Vital Pharmaceuticals, Inc., d/b/a VPX Sports, hereby withdraws its Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non conveniens and Supporting Memorandum of Law (**DE 34**) intended for case No. 20-cv-24531 that was inadvertently filed in this matter on November 10, 2020.

Dated:  November 10, 2020.

        Respectfully submitted,

        *s/Andrew R. Schindler*

        FBN 124845
        *aschindler@grsm.com*

        **GORDON REES SCULLY**
        **MANSUKHANI LLP**
        100 SE 2nd Street, Suite 3900
        Miami, Florida 33131
        Tel: (305) 428-5330
        *Attorneys for Defendant,*
        *Vital Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed on November 10, 2020, with the Clerk by using the CM/ECF system, which will notify all counsel of record of this filing.

                                                        *s/ Andrew Schindler*
                                                        Andrew R. Schindler

**GORDON REES SCULLY MANSUKHANI LLP**
100 S.E. Second Street, Suite 3900 ▪ Miami, FL 33131